Rebekah Schultheiss (Millard)
rebekah@millardoffices.com
OSB #121199
PO Box 7582
Springfield, OR 97475
t: 707.227.2401
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PENDLETON DIVISION

| | |
|---|---|
| **JESSICA BATES,**<br><br>Plaintiff,<br><br>v.<br><br>**FARIBORZ PAKSERESHT**, *et al.,*<br><br>Defendants. | Case No.: 2:23-cv-00474-AN<br><br><br><br>**PRELIMINARY INJUNCTION APPEAL** |

Plaintiff Jessica Bates appeals this Court's Opinion and Order (Doc. 47), denying her motion for a preliminary injunction, to the Ninth Circuit Court of Appeals.

This is not a cross-appeal and there have been no previous appeals in this case.

Attached is a Representation Statement, pursuant to Ninth Circuit Rules 3-2(b) and 12-2.

Respectfully submitted this 13th day of December 2023.

| | |
|---|---|
| Rebekah Schultheiss (Millard)<br>rebekah@millardoffices.com<br>OSB #121199<br>PO Box 7582<br>Springfield, OR 97475<br>t: 707.227.2401<br>*Counsel for Plaintiff* | *s/Johannes Widmalm-Delphonse*<br>Johannes Widmalm-Delphonse*<br>jwidmalmdelphonse@ADFlegal.org<br>VA Bar No. 96040<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Pkwy<br>Lansdowne, VA 20176<br>t: 571.707.4655<br><br>Jonathan A. Scruggs*<br>jscruggs@ADFlegal.org<br>AZ Bar No. 030505<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>t: 480.444.0020<br><br>Christiana Kiefer*<br>ckiefer@adflegal.org<br>DC Bar No. 176922<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW,<br>Suite 600<br>Washington, DC 20001<br>t: 202.393.8690<br><br>*Counsel for Plaintiff*<br>**Admitted Pro Hac Vice* |

**CERTIFICATE OF SERVICE**

      I hereby certificate that on December 13, 2023, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following parties:

Deanna Chang
Deanna.J.Chang@doj.state.or.us
t: 503.949.1546
Thomas H. Castelli
thomas.castelli@doj.state.or.us
t: 971.673.1880
Alexander Charles Jones
alex.jones@doj.state.or.us
t: 503.508.2171
Oregon Department of Justice
100 SW Market St,
Portland, OR 97201

      Dated: December 13, 2023

                                                   *s/ Johannes Widmalm-Delphonse*
                                                   Counsel for Plaintiff