UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JESSICA BATES,

      Plaintiff - Appellant,

  v.

Director FARIBORZ PAKSERESHT, in his
official capacity as Director of the Oregon
Department of Human Services; et al.,

      Defendants - Appellees.

No. 23-4169

D.C. No.
2:23-cv-00474-AN

District of Oregon,
Pendleton

MANDATE

The judgment of this Court, entered July 24, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellees in the amount of $207.90

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT