Rebekah Schultheiss (Millard)
rebekah@millardoffices.com
OSB #121199
PO Box 7582
Springfield, OR 97475
t: 707.227.2401
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PENDLETON DIVISION

| | |
|---|---|
| **JESSICA BATES,** | Case No.: 2:23-cv-00474-AN |
| Plaintiff, | |
| v. | |
| | **JOINT PROPOSED DISCOVERY SCHEDULE** |
| **LIESL WENDT**, *et al.,* | |
| Defendants. | |

Plaintiff Jessica Bates, and Defendants Liesl Wendt, Aprille Flint-Gerner, Rebecca Garrison, and Cecilia Garcia submit the following proposed discovery schedule pursuant to this Court's Discovery and Pretrial Scheduling Order (Doc. 2) and this Court's request at the telephone status conference held on August 28, 2025.

1.     **Discovery and Pretrial Deadlines**

       A.     **Rule 26(a)(1) initial disclosures**

The parties have exchanged initial disclosures.

       B.     **Deadline to join claims, remedies, and parties**

Joint Proposed Discovery Schedule

The parties propose March 31, 2026, as the deadline to join claims, remedies, and parties under Fed. R. Civ. P. 18 and 19.

**C.    Discovery**

The parties propose the following discovery schedule:

- Disclosure of expert reports by September 25, 2026

- Disclosure of expert rebuttal reports by November 7, 2026

- All fact and expert discovery completed by December 18, 2026

- Discovery motions must be filed by December 18, 2026

**D.    Dispositive motions**

The parties propose the following dispositive motion schedule:

- Dispositive motions by January 29, 2027

- Response briefs by February 19, 2027

**E.    Alternate Dispute Resolution**

At this time, the parties do not believe ADR will be helpful to resolve the claims in this case.

**F.    Trial and pretrial order**

The parties propose that the Court schedule a trial date and deadlines for pretrial orders, motions in limine, witness lists, and exhibit lists after it rules on dispositive motions. If the Court so prefers, the parties will propose a trial date within 30 days of the Court's ruling on dispositive motions.

**2.    Magistrate judge**

The parties do not consent to a magistrate judge.

Respectfully submitted this 4th day of March, 2026.

| | |
|---|---|
| Rebekah Schultheiss (Millard) | s/*Johannes Widmalm-Delphonse* |
| rebekah@millardoffices.com | Johannes Widmalm-Delphonse* |
| OSB #121199 | jwidmalmdelphonse@ADFlegal.org |
| PO Box 7582 | VA Bar No. 96040 |
| Springfield, OR 97475 | ALLIANCE DEFENDING FREEDOM |

t: 707.227.2401
*Counsel for Plaintiff*

44180 Riverside Pkwy
Lansdowne, VA 20176
t: 571.707.4655

Jonathan A. Scruggs*
jscruggs@ADFlegal.org
AZ Bar No. 030505
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
t: 480.444.0020

*Counsel for Plaintiff*
*\*Admitted Pro Hac Vice*

ELLEN F. ROSENBLUM
Attorney General

*s/ Thomas H. Castelli*
Deanna Chang #192202
Thomas H. Castelli #226448
Senior Assistant Attorneys General
Alex C. Jones #213898
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Deanna.J.Chang@doj.state.or.us
Thomas.Castelli@doj.state.or.us
Alex.Jones@doj.state.or.us

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on March 4, 2026, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record who are registered users of the ECF system.

Dated: March 4, 2026

*s/ Johannes Widmalm-Delphonse*
Counsel for Plaintiff