IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Jessica Bates,

Plaintiff,

v.

Director FARIBORZ PAKSERESHT, in his official capacity as Director of the Oregon Department of Human Services; Deputy Director LIESL WENDT, in her official capacity as Deputy Director of the Oregon Department of Human Services; APRILLE FLINT-GERNER, in her official capacity as Interim Director of the Oregon Department of Human Services Child Welfare Division; REBECCA GARRISON, in her official capacity as certification supervisor for the Oregon Department of Human Services office in Malheur County; and CECILIA GARCIA, in her official capacity as certification officer for the Oregon Department of Human Services office in Malheur County,

Defendants.

Case No.: 2:23-cv-00474-AN

JUDGMENT

Based on the parties' Motion for Final Judgment, ECF [65],

Judgment is entered in favor of plaintiff. Defendants and all others acting in concert with them are enjoined from applying OAR § 413-200-0308(2)(k) against plaintiff as outlined in the Ninth Circuit's opinion. *See Bates v. Pakseresht*, 146 F.4th 772, 784-801 (9th Cir. 2025).

IT IS SO ORDERED.

DATED this 21st day of August, 2026.

Adrienne Nelson
United States District Judge